# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 4:21-CV-493-WS-MAF

Plaintiff:
**THERABODY, INC.,**

vs.

Defendant:
**REATHLETE LLC, a Florida Limited liability company; and DOES 1 through 10, inclusive**

For:
Francesca Russo
Gray Robinson, P.A
333 Se 2nd Avenue
Suite 3200
Miami, FL 33131

Received by DLE Process Servers, Inc on the 13th day of December, 2021 at 3:36 pm to be served on **REATHLETE LLC, c/o Registered Agent: PARACORP INCORPORATED, 155 Office Plaza Drive, 1st Floor, Tallahassee, FL 32301**.

I, Richard Kolodgy, do hereby affirm that on the **14th day of December, 2021** at **11:45 am, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint for Patent Infringement and Violation of The Florida Unfair Deceptive Trade Practices Act and Exhibits.** at **155 Office Plaza Drive, 1st Floor, Tallahassee, FL 32301** with the date and hour of service endorsed thereon by me, to: **Mary Duncan** as **Employee Authorized** for **PARACORP INCORPORATED, REGISTERED AGENT** on behalf of **REATHLETE LLC,** and informing said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

*[Signature: Richard Kolodgy]*

**Richard Kolodgy**
Process Server #204

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2021053248

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u