UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THERABODY, INC.,
a Delaware corporation,

    Plaintiff,

v.                                    Case No.: 4:21-cv-00493-WS-MAF

REATHLETE LLC,
a Florida limited liability company;
and DOES 1 through 10, inclusive,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Defendant, REATHLETE LLC ("Reathlete"), by and through its undersigned counsel and pursuant to Rule 6(b)(1)(B), Fed. R. Civ. P., and Northern District of Florida Local Rule 6.1, files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"). In support, Defendant states the following:

    1.    Plaintiff, Therabody, Inc., filed its Complaint on December 10, 2021. (D.E. 1), and served it on Reathlete on December 14, 2021 (D.E. 4).

    2.    An answer in this case is currently due to be filed by January 4, 2022.

    3.    Due to the time needed to investigate Plaintiff's claims and allegations,

1

4824-9789-5116.2

and the intervening holidays, Counsel for Defendant respectfully requests a 30 day extension of time, through and including February 3, 2022, in which to respond to the Complaint.

4.   Counsel for Defendant has conferred with Counsel for Plaintiff regarding the relief requested in this Motion, and is authorized to represent that the Plaintiff does not oppose the requested extension of time.

5.   This Motion is made in good faith and is not for the purpose of delay.

WHEREFORE, Defendant respectfully requests this Court enter an order granting this Motion and extending the time for Defendant to respond to Plaintiff's Complaint up through and including February 3, 2022.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Counsel for Defendant hereby certifies that, in compliance with Northern District of Florida Local Rule 7.1(B), Counsel for Defendant conferred with counsel for Plaintiff regarding this Motion, and that Counsel for Plaintiff does not oppose the requested extension of time.

4824-9789-5116.2

Dated: December 30, 2021

Respectfully submitted,

/s/ James A. McKee
James A. McKee
Florida Bar No. 638218
FOLEY & LARDNER LLP
106 E. College Avenue, Suite 900
Tallahassee, Florida 32301
Tel. 850-222-6100
Email: jmckee@foley.com

**ATTORNEYS FOR DEFENDANT REATHLETE LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy thereof has been furnished to the following via electronic transmission, through CM/ECF on this 30th day of December, 2021.

Francesca Russo
francesca.russo@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue Suite 3200
Miami, Florida 33131

and

Gregory S. Cordrey
GCordrey@jmbm.com
Rod S. Berman
RBerman@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614

**Attorneys for Plaintiff, Therabody Inc.**

/s/ James A. McKee
James A. McKee
Fla Bar No. 638218

3

4824-9789-5116.2