# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**THERABODY, INC.,**
**a Delaware Corporation,**

     **Plaintiffs,**

**vs.**                                 **Case No. 4:21cv493-WS-MAF**

**REATHLETE LLC, a Florida**
**Limited Liability Company; and**
**DOES 1 through 10, inclusive,**

     **Defendants.**
_____/

## O R D E R

A motion for leave to appear pro hac vice as counsel for Plaintiff has been filed by attorney Gregory S. Cordrey.  ECF No. 12.  The motion was filed in February 2022, but was not referred by the Clerk's Office until now. At any rate, the motion demonstrates counsel is a member in good standing of The State Bar of California.  *Id.*  Counsel resides in that State and regularly practices law there.  *Id.*  He does not maintain a regular practice in the State of Florida.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the

$208 pro hac vice admission fee has been paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 12, is **GRANTED**.

**DONE AND ORDERED** on June 6, 2022.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21cv493-WS-MAF