# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**THERABODY, INC.,**
A Delaware Corporation,

    Plaintiff,

vs.                                                        Case No. 4:21cv493-WS-MAF

**REATHLETE LLC,**
a Florida Limited Liability Company;
and DOES 1-10, inclusive,

    Defendants.
_____/

# O R D E R

The parties have filed a second joint motion to modify the Scheduling Order. ECF No. 26. The Scheduling Order was previously modified on July 13, 2022. ECF No. 25. Having shown good cause, the motion is granted.

Accordingly, it is

**ORDERED:**

1. The second joint motion to modify the scheduling order, ECF No. 26, is **GRANTED**.

2. The deadline to exchange claim terms pursuant to the parties' stipulation is November 22, 2022.

3. The deadline to exchange proposed constructions is December 13, 2022.

4. The deadline to file Joint Claim Construction Statement is January 3, 2023.

5. The deadline to complete claim construction discovery is January 17, 2023.

6. The deadline to file opening claim construction briefs is February 2, 2023.

7. The deadline to file responsive claim construction briefs is February 23, 2023.

8. The deadline to complete all fact discovery is March 23, 2022.

9. Dispositive motions must be filed no later than 90 days after the Court's Claim Construction Order, and the parties have 21 days thereafter to file responses.

10.  The parties must advise the Court if, and when, they will participate in mediation no later than **January 20, 2023**.[1]

**DONE AND ORDERED** on October 4, 2022.

S/   Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties previously indicated they would participate in mediation in April 2022.  ECF No. 16 at 2.  Although the parties have explained that they are "actively engaged in settlement discussions," see ECF No. 20 at 1 and ECF No. 26 at 2, nothing has been filed concerning mediation.

Case No. 4:21cv493-WS-MAF