# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THERABODY, INC.,
a Delaware corporation,

      Plaintiff,

  v.

REATHLETE LLC,
a Florida limited liability company;
and DOES 1 through 10, inclusive,

      Defendants.

Case No.: 4:21-cv-00493-WS-MAF

## **JOINT STIPULATION FOR DISMISSAL**

Plaintiff, THERABODY, INC. ("Therabody" or "Plaintiff"), and Defendant, REATHLETE, LLC ("Reathlete" or "Defendant") (Plaintiff and Defendant, collectively the "Parties"), hereby file this joint stipulation of dismissal of the Complaint, Answer, Affirmative Defenses and Counterclaims, in this action and state:

    1.    Plaintiff and Defendant entered into a Settlement Agreement on or about December 22, 2022 (the "Settlement Agreement"), resolving all causes of action, defenses, and counterclaims asserted in the case.

    2.    Each Party is to bear its own legal fees and costs.

**WHEREFORE**, the Parties pray the Court enter the attached proposed order noting the Parties' stipulation and dismissing Plaintiff's claims pertaining to the Deep 4s Massage Gun with prejudice, and dismissing Defendant's defenses and counterclaims to Plaintiff's claims without prejudice.

Respectfully submitted this 11th day of January, 2023.

| | |
|---|---|
| By: /s/ Francesca Russo<br>Francesca Russo<br>Florida Bar No. 174912<br>**GRAYROBINSON, P.A.**<br>333 S.E. 2nd Avenue<br>Ste. 3200<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>*Attorneys for Plaintiff*<br>THERABODY, INC. | By: /s/ James A. McKee<br>James A. McKee<br>Florida Bar No. 638218<br>**FOLEY & LARDNER LLP**<br>106 E. College Avenue<br>Suite 900<br>Tallahassee, Florida 32301<br>Telephone: (850) 222-6100<br><br>and<br><br>Mark I. Koffsky<br>(admitted *pro hac vice*)<br>**KOFFSKY SCHWALB LLC**<br>500 Seventh Avenue, 8th Floor<br>New York, New York 10018<br>Telephone: (646) 553-1590<br><br>*Attorneys for Defendant*<br>REATHLETE LLC |